Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

| | |
|---|---|
| EDWIN TERRY WINFORD | Case No. REFILE |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| JJTA REAL PROPERTIES | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

*[Handwritten: I'm suing defendant under Section 83.67 Fl Ste. actual damages]*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Edwin Terry Winford |
| Street Address | P.O. Box 17405 |
| City and County | Jacksonville |
| State and Zip Code | Florida 32245 |
| Telephone Number | |
| E-mail Address | edwintwinford@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### Defendant No. 1

| | |
|---|---|
| Name | JJTA REAL PROPERTIES LLC |
| Job or Title (if known) | |
| Street Address | 7225 Crane ave apt 47 |
| City and County | Duval |
| State and Zip Code | Florida 32216 |
| Telephone Number | 904- 664- 7036 |
| E-mail Address (if known) | |

### Defendant No. 2

| | |
|---|---|
| Name | People Choice Apts |
| Job or Title (if known) | |
| Street Address | 2647 W. EVANS AVE UNIT 1009 |
| City and County | Colorado Spring |
| State and Zip Code | Denver 80218 |
| Telephone Number | 303-935-9556 and 904- 503-2247 |
| E-mail Address (if known) | |

### Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

### Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Can the Judges rule outside laws? Is Judical Misconduct allow to win cases? Are Judges allow to show favor to attorneys? Is it the laws what decide cases? Can judges rule over the laws?

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Edwin Terry Winford, is a citizen of the State of *(name)* EdwinTerry Winford.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* JJTA REAL PROPERTIES , is incorporated under the laws of the State of *(name)* PEOPLE CHOICE APTS , and has its principal place of business in the State of *(name)* FLORIDA / DENVER CO.

Or is incorporated under the laws of *(foreign nation)*  ,

and has its principal place of business in *(name)* PEOPLE CHOICE APTS .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Civil Vioaltion  Landlord  causing director indirect and termination and someone remove the sink off the counter. Shower head broken, toliet seat broken. of rental agreement  see 83.67 Title V1  (1 )
2. defendant prevented  accesss  to  property  such as all  the cothes, furntures, Televison, Bed, printers. rare coins, memorable items.  Someone used fake case to my the plaintiff homeless..   Defendant remove locks and the Plaintiff wasn"t able tpo get his proerty.( Breach  Contract ) ( Constructive Eviction)  Case # 1D21-0644  was illegally made and the Plaintiff don"t know who made this. Case # 1D21-0644  was rule on first then the police remove the plaintiff illegal. The court ask the Plaintiff to send a document to ERAP  rental help program that would  paid rent one year  The plaintiff is seeking to recover 10,000 because the action of the court.(5 ) 83-59

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

250.00  stolen seeking pentalty and 100% intrest
250.00 deposit  seeking pentalty and 1005 intest.
3,713.00  paid to court seeking 100% intrest plus penalty
64.00  filing fee seeking pentalty  and 100% intrest
10,000 ERAP rental help  Seeking this becuase the court ask me to  assist in crimes . The Defendant told court Plaintiff only owed 3,713.00  but defendant want the plaintiff to send letter of 9,000 close to 10,000. I hold the law Accessories  and Abettor act 1861 According Fl. Sta. 777.03.   SEE CASE #3:22-CVB-1005- BJD-JBT .

.See Hankins V. Smith

see The Florida Bar V. Mervin

*defendants and J.A. was trying to get plaintiff to ~~do~~ aid and abet 9,000 from E.T.W ERAP Help*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-26-2023

Signature of Plaintiff

Printed Name of Plaintiff    EDWIN TERRY WINFORD

### B. For Attorneys

Date of signing: 01/26/2023

Signature of Attorney

Printed Name of Attorney    PRO-SE

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address