UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDWIN TERRY WINFORD,

    Plaintiff,

v.

                                              Case No. 3:23-cv-100-BJD-SJH

JJTA REAL PROPERTIES LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court <u>sua sponte</u>. This Court previously ordered Plaintiff to "pay the applicable filing fee by **October 13, 2023**, along with a third amended complaint that provides a basis for this Court's jurisdiction or this case will be subject to dismissal for lack of subject matter jurisdiction." (Doc. 20 at 4). Plaintiff has not complied with this Order and dismissal is appropriate at this point.

Accordingly, after due consideration, it is

**ORDERED:**

    1. This Case is **DISMISSED without prejudice**.

    2. The Clerk of the Court is **DIRECTED** to terminate all pending motions and close the case.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of July, 2024.

BRIAN J. DAVIS
United States District Judge

9
Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -